AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

West One Automotive Group Inc.

                                                          **JUDGMENT IN A CIVIL CASE**

               v.

Fearing, et al

                                          CASE NUMBER: CV-05-5090-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court granted the Defendant's Motion for Summary Judgement in favor of Defendants and against Plaintiff. File Closed.


07/11/07                                                     JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                              s/ Vikki Johnson
                                                              *(By) Deputy Clerk*
                                                              Vikki Johnson